**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00218-LTB-MJW

SHAMROCK TAXI OF FT. COLLINS, INC.,
      Plaintiff,

vs.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation, licensed to do business in the State of Colorado,
      Defendant, Counterplaintiff,

SHAMROCK TAXI OF FT. COLLINS, INC.,
SHAMROCK CHARTERS, INC.,
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,
      Counterdefendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion for Leave to Amend Amended Complaint (filed July 15, 2005) is **GRANTED**.  The tendered Second Amended Complaint is accepted for filing this date.

Dated:  July 18, 2005
_____