IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-00218-LTB-MJW**

SHAMROCK TAXI OF FT. COLLINS, INC.,

Plaintiff(s),

v.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation licensed to do business in the State of Colorado,

Defendant, Counter-Plaintiff,

v.

SHAMROCK TAXI OF FT. COLLINS, INC.,
SHAMROCK CHARTERS, INC.,
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,

Counter-Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant Northland Insurance Company's Unopposed Motion for Order Permitting Defendant's Representative to Appear by Telephone at the Settlement Conference, filed with the Court on September 20, 2005, DN 51) is GRANTED.  Mr. Richard Henderson, a representative of Northland, is permitted to appear at the settlement conference by phone.  Mr Jarvis shall ensure his availability for the settlement conference.  (The Court's telephone number is (303) 844-2403.)

Date:  September 23, 2005