**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00218-LTB-MJW

SHAMROCK TAXI OF FT. COLLINS, INC.,
      Plaintiff,

vs.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation, licensed to do business in the State of Colorado,
      Defendant, Counterplaintiff,

SHAMROCK TAXI OF FT. COLLINS, INC.,
SHAMROCK CHARTERS, INC.,
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,
      Counterdefendants.

___

**MINUTE ORDER**
___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Motion to Enlarge Response Time to Defendant Northland Insurance Company's Motion for Summary Judgment (Doc 71 - filed November 22, 2005) is **GRANTED up to and including December 16, 2005**.

      The part of the Motion to Vacate the Settlement Conference has been referred to Magistrate Judge Watanabe for ruling.

Dated:  December 5, 2005
___