IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00218-LTB-MJW

SHAMROCK TAXI OF FT. COLLINS, INC.,

    Plaintiff,

v.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation, licensed to do business in the State of Colorado,

    Defendant, Counterplaintiff,

NORTHLAND INSURANCE COMPANY, a Minnesota corporation, licensed to do business in the State of Colorado,

    Defendant,

SHAMROCK TAXI OF FT. COLLINS, INC., SHAMROCK CHARTERS, INC., WYMOND LEON ESSMAN, RHONDA JEANNE BURRY, JAMES BURRY, and JACQUELINE COTTERELL

    Counterdefendants.

---

### PROPOSED ORDER REGARDING MOTION TO ENLARGE THE RESPONSE TIME TO DEFENDANT NORTHLAND INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND VACATE THE SETTLEMENT CONFERENCE SET FOR JANUARY 20, 2006

---

THIS MATTER COMING on to be heard upon the Unopposed Motion of the Plaintiff herein, Shamrock Taxi of Ft. Collins, Inc. to extend the response time to Defendant Northland Insurance Company's Motion for Summary Judgment up to and including 20 days from November 26, 2005 and to vacate the Settlement Conference date of January 20, 2006 at :30

p.m., it is hereby Ordered that Plaintiff, Shamrock Taxi, is granted 20 days from November 26, 2005 to file its response to Defendant Northland Insurance Company's Motion for Summary Judgment and that the Settlement Conference date of January 20, 2006 at 1:30 p.m. be vacated and Plaintiff's counsel will supply to this Court available dates of all parties' counsel within 10 days from the date of this Order so that a new Settlement Conference date can be set and acceptable to all parties.

Dated this ___6 TH___ day of ___December___, 2005.

_____
~~Lewis T. Babcock~~
~~United States District Court Judge~~

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**