IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-00218-LTB-MJW**

SHAMROCK TAXI OF FT. COLLINS, INC.,

Plaintiff(s),

v.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation licensed to do business in the State of Colorado,

Defendant, Counter-Plaintiff,

v.

SHAMROCK TAXI OF FT. COLLINS, INC.,
SHAMROCK CHARTERS, INC.,
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,

Counter-Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant Northland Insurance Company's Unopposed Motion to Vacate and Reset the Final Pretrial Conference, filed with the Court on December 21, 2005, (DN 87) is GRANTED. The Final Pretrial Conference set on January 9, 2006, at 10:00 a.m., is VACATED and RESET on March 9, 2006, at 1:30 p.m., (along with the Settlement Conference set for the same date and time) in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    It is FURTHER ORDERED that the parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference date consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Date:  December 28, 2005