IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00218-LTB-MJW

SHAMROCK TAXI OF FORT COLLINS, INC.,

    Plaintiff,

v.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation licensed to do business in the State of Colorado,

    Defendant, Counter-Plaintiff,

NORTHLAND INSURANCE COMPANY, a Minnesota corporation licensed to do business in the State of Colorado,

    Defendant,

SHAMROCK TAXI OF FORT COLLINS, INC.,
SHAMROCK CHARTERS, INC.
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,

    Counter-Defendants.

_____

ORDER
_____

This case is before me on the following motions: (1) Defendant Northland Insurance Company's ("Northland") Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief Pursuant to Fed. R. Civ. P. 12(b)(6); (2) Northland's Amended Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief Pursuant to Fed. R. Civ. P. 12(b)(6); and (3) Northland's Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory Relief

Pursuant to Fed. R. Civ. P. 12(b)(6).

The first of these motions was amended and therefore rendered moot. The amended motion was likewise rendered moot by the filing of Plaintiff's Second Amended Complaint. Northland then voluntarily withdrew its motion to dismiss Plaintiff's Second Amended Complaint.

Accordingly, IT IS ORDERED as follows:

1. Defendant Northland's Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc # 25] is DENIED as moot;

2. Defendant Northland's Amended Motion to Dismiss Plaintiff's Amended Complaint for Declaratory Relief Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc # 28] is DENIED as moot; and

3. Defendant Northland's Motion to Dismiss Plaintiff's Second Amended Complaint for Declaratory Relief Pursuant to Fed. R. Civ. P. 12(b)(6) [Doc # 36] is WITHDRAWN.

Dated: February  9 , 2006 in Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE