IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Action No. 05-cv-00218-LTB-MJW

SHAMROCK TAXI OF FORT COLLINS, INC.,
    Plaintiff,
v.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation licensed to do business in the State of Colorado,
    Defendant, Counterplaintiff,

NORTHLAND INSURANCE COMPANY, a Minnesota corporation licensed to do business in the State of Colorado,
    Defendant,

SHAMROCK TAXI OF FORT COLLINS, INC.,
SHAMROCK CHARTERS, INC.
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,
    Counterdefendants.

_____

## ORDER
_____

Based on the Orders of this Court granting summary judgment (Docs 103 and 104 - filed March 22, 2006), final judgment is entered in favor of Defendants North American Specialty Insurance Company and Northland Insurance Company and these Defendants are awarded costs.

                                        BY THE COURT:

                                           s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, CHIEF JUDGE

DATED: March 23, 2006