**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00218-LTB-MJW

SHAMROCK TAXI OF FT. COLLINS, INC.,
    Plaintiff,

vs.

NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation, licensed to do business in the State of Colorado,
    Defendant, Counterplaintiff,

NORTHLAND INSURANCE COMPANY, a Minnesota corporation licensed to do business in the State of Colorado,
    Defendant,

SHAMROCK TAXI OF FT. COLLINS, INC.,
SHAMROCK CHARTERS, INC.,
WYMOND LEON ESSMAN,
RHONDA JEANNE BURRY,
JAMES BURRY, and
JACQUELINE COTTERELL,
    Counterdefendants.

---

**MINUTE ORDER**
---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    As a result of the Orders of this Court (Docs 103 and 104) issued March 22, 2006, the trial preparation conference set **April 27, 2006** and the trial set **May 22, 2006 are VACATED**.

Dated: March 23, 2006